# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

CASE NO: 6:25-cv-02490-RBD-RMN

REYNEL SUAREZ, on behalf of himself
individually and others similarly situated.

     *Plaintiff,*

v.

STEEL X HOMES, LLC, RICHARD               CLASS REPRESENTATION
RIVERA, CATALINA REBOLLEDO,
LAEQALI AND ASSOCIATES, INC.,             JURY TRIAL DEMANDED
ALI SAYED, HALLMARK HOME
MORTGAGE, LLC, FAIRWAY
INDEPENDENT MORTGAGE
CORP., STEEL X HOMES
DEVELOPMENT LLC, ALEJANDRO
MARRIAGA, KAYE FLANAGAN,
and PAAVO SALMI,

     *Defendants.*
_____/

**<u>DECLARATION OF ALEXIS TAQUECHEL LEVYA</u>**

     I, Alexis Taquechel Levya, declare under penalty of perjury of the laws of the

United States:

     1.     I am more than 18 years of age and have personal knowledge of the

matters set forth in this declaration.

     2.     I would testify competently to the matters herein if called upon to do

so. My native language is Spanish and would prefer live testimony, if necessary, to

be made in that language. However, I read and write in English at a proficient level.

3.    On or about November 5, 2021, I took out a mortgage with Hallmark Home Mortgage, LLC.

4.    As of today, the home I contracted to build, which was promised to take less than one year to complete, has not been completed.

5.    Over the past couple of years, Hallmark Home Mortgage has repeatedly threatened to foreclose on my family's future home if I did not agree to the new terms of their deal.

6.    On January 6, 2026, I received the attached unsolicited e-mail from lawyers acting on behalf of Hallmark Home Mortgage trying to settle my claims against them. **Exhibit A.**

7.    Hallmark Home Mortgage has never mentioned to me the existence of a class action lawsuit and I only found out about this lawsuit based on my own independent research.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 21st day of January 2026.

_____
Alexis Taquechel Levya

2

# EXHIBIT A

**(to declaration of Alexis Taquechel Levya)**

 Outlook

## Fw: Settlement - RE: HHM - 3239 62nd Ave NE, Naples

**From** Alexis Taquechel Leyva <alexistaquechel@hotmail.com>
**Date** Mon 1/12/2026 2:43 PM
**To** Luke Jacobs <ljacobs@weillawfirm.net>

Good afternoon Mr. Jacob, I am writing to send you an attachment that the bank sent me.

Obtener [Outlook para iOS](#)

**De:** Brandi Wilson <brandi.wilson@qpwblaw.com>
**Enviado:** martes, enero 6, 2026 3:35 p.m.
**Para:** 'Alexis Taquechel Leyva' <alexistaquechel@hotmail.com>; 'Yoeliagil@hotmail.com' <Yoeliagil@hotmail.com>
**CC:** Michael J. Barker <mbarker@qpwblaw.com>
**Asunto:** Settlement - RE: HHM - 3239 62nd Ave NE, Naples

CONFIDENTIAL SETTLEMENT COMMUNICATION

Good Afternoon Mr. Leyva and Ms. Gil,

Hallmark Home Mortgage has asked us to reach out to discuss potential settlement.  Hallmark has asked us to convey that they will accept a transfer by warranty deed to them of the subject property in exchange for a waiver of any difference owed.  If this is acceptable and agreeable to you, please let us know and we will send over the Settlement Agreement, Warranty Deed, and draft Satisfaction of Mortgage.

Thank you,



**Brandi Wilson | Attorney at Law**
**Quintairos, Prieto, Wood & Boyer, P.A.**
1410 N. Westshore Blvd., Suite 200, Tampa, FL 33607
Fax: (813) 286-9998
Email: brandi.wilson@qpwblaw.com
Mobile: 813-434-0872
**qpwblaw.com**

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please **contact client support** with any issues or questions regarding your service.

NOTICE: Quintairos, Prieto, Wood & Boyer, P. A. is a debt collector and any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (855)287-0240 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P. A.