# EXHIBIT B

# State of Indiana
# Office of the Secretary of State

## Certificate of Dissolution
## of

# HALLMARK HOME MORTGAGE, LLC

I, DIEGO MORALES, Secretary of State, hereby certify that Articles of Dissolution of the above Domestic Limited Liability Company have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, November 05, 2025.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, November 05, 2025.

*Diego Morales*

DIEGO MORALES
SECRETARY OF STATE

2007022700389 / 11062862

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

> **APPROVED AND FILED**
> DIEGO MORALES
> INDIANA SECRETARY OF STATE
> 11/05/2025 09:17 AM

| ARTICLES OF DISSOLUTION |
|---|

| NAME AND PRINCIPAL OFFICE ADDRESS |
|---|

| | |
|---|---|
| BUSINESS ID | 2007022700389 |
| BUSINESS TYPE | Domestic Limited Liability Company |
| BUSINESS NAME | HALLMARK HOME MORTGAGE, LLC |
| PRINCIPAL OFFICE ADDRESS | 7421 COLDWATER RD, FORT WAYNE, IN, 46825, USA |
| CREATION DATE | 02/26/2007 |

| EFFECTIVE DATE |
|---|

| | |
|---|---|
| EFFECTIVE DATE | 11/05/2025 |
| EFFECTIVE TIME | 09:11AM |

| AUTHORIZATION DATE |
|---|

| | |
|---|---|
| AUTHORIZATION DATE | 11/05/2025 |

| SIGNATURE |
|---|

THE UNDERSIGNED MANAGER OR MEMBER OF THIS LIMITED LIABILITY COMPANY DESIRES TO GIVE NOTICE OF ACTION EFFECTUATING THE DISSOLUTION OF THE LIMITED LIABILITY COMPANY PURSUANT TO THE PROVISIONS OF THE INDIANA BUSINESS FLEXIBILITY ACT.

IN WITNESS WHEREOF, THE UNDERSIGNED HEREBY VERIFIES, SUBJECT TO THE PENALTIES OF PERJURY, THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, THIS DAY **November 5, 2025**.

THE UNDERSIGNED ACKNOWLEDGES THAT A PERSON COMMITS A CLASS A MISDEMEANOR BY SIGNING A DOCUMENT THAT THE PERSON KNOWS IS FALSE IN A MATERIAL RESPECT WITH THE INTENT THAT THE DOCUMENT BE DELIVERED TO THE SECRETARY OF STATE FOR FILING.

| | |
|---|---|
| SIGNATURE | Deborah Sturges |
| TITLE | Member |

Business ID : 2007022700389

Filing No :    11062862

- Page 1 of 1 -