# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

REYNEL SUAREZ,

    Plaintiff,

vs.

STEEL X HOMES, LLC;
RICHARD RIVERA;
CATALINA REBOLLEDO;
HALLMARK HOME
MORTGAGE, LLC; FAIRWAY
INDEPENDENT MORTGAGE
CORP.; ALEJANDRO
MARRIAGA; KAYE
FLANAGAN; and PAAVO
SALMI,

    Defendants.

Case No.
6:25-cv-2490-RBD-RMN

## REPORT AND RECOMMENDATION

This matter is before the Court on the preliminary pretrial conference held in person on April 1, 2026. Dkt. 72. During the Conference, counsel for the parties discussed the case, the scope of Plaintiff's claims, the anticipated scope of discovery, and the issues surrounding class certification.

I advised the parties of the need to complete discovery within the deadlines set. I also advised the parties that the trial term may be set for a date after the proposed dates, based on the Court's workload and current trial setting, and if the parties wish to have a date certain for trial, they may consent to the jurisdiction of a magistrate judge at any time. Based on my discussion with the parties, I recommend the Court enter a Case Management and Scheduling Order that sets the deadlines proposed below. Additionally, I recommend that the Court deny any request to bifurcate discovery and deny any motion to stay the case pending the resolution of motions to dismiss.

| Action or Event | | Date |
|---|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | | 5/1/2026 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | | 6/3/2026 |
| Deadline for serving expert disclosures under Rule 26(a)(2), with respect to the elements of Federal Rule of Civil Procedure 23, and whether a class may be certified along with the merits of Plaintiff's individual claims, including any report required by Rule 26(a)(2)(B). | | |
| | Plaintiff | 9/18/2026 |
| | Defendant | 10/16/2026 |
| | Rebuttal | 11/16/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | | 10/15/2027 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | | 1/6/2027 |

| | | |
|---|---|---|
| Deadline for serving expert disclosures under Rule 26(a)(2), with respect to the merits of the class members' claims if a class is certified, including any report required by Rule 26(a)(2)(B). | | |
| | Plaintiff | 8/18/2027 |
| | Defendant | 9/17/2027 |
| | Rebuttal | 10/1/2027 |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date). | | 11/15/2027 |
| Deadline for participating in mediation. | | 1/31/2028 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | | 5/31/2028 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | | 6/14/2028 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | | 7/1/2028 |
| Month and year of the trial term. | | 8/1/2028 |

## <u>Notice to Parties</u>

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of

Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on April 1, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Hon. Roy. B. Dalton, Jr.

Counsel of Record

Unrepresented parties