# EXHIBIT C

 Outlook

## Discovery conference

**From** Luke Jacobs <ljacobs@weillawfirm.net>

**Date** Wed 4/22/2026 11:49 AM

**To** Alex Marriaga <alexmarriaga@hotmail.com>

Good Morning Alex,

Thanks for speaking with me yesterday.

Just wanted to recap the highlights of our conversation.

- We discussed the Closing Disclosure for Reynel Saurez which stated "STEEL REDUNDANCY FUNDS IN ESCROW WITH TITLE"
    - You believe that this line item is unique to Reynel, and was not common for other borrowers. And ultimately that you were not holding funds in escrow for these transactions. Therefore, my request for production which asked you to produce documents related to escrow funds was not accurate for most of the documents I'm seeking. You agreed that you would get me other Closing Disclosures for borrowers of Steel X/Hallmark, sufficient to show that this is a unique item to Suarez. That way we can discuss further about if a change in the request for production is required.
    - As the request for production is already overdue, please get me these documents by 4/28. As discussed, if these documents are not produced, I will be forced to file a motion to compel with the Court.
- We also agreed to hold off on gathering and producing financial statements showing where this escrow money went, under the assumption that the request I sent may be inaccurate, as you/LTN were not an escrow agent for the other deals. Once we confirm this one way or the other (as outlined above) my side will either propound a new request for production, or ask that they all be produced by a certain deadline.
- You also said you have no objection to the mediators I suggested, and if you have any objection to a new mediator suggested, you are fine to agree with that mediator unless you raise an affirmative objection stating otherwise.

Let me know if any of this is inaccurate or you want to talk further.

Thanks,
Luke

Luke T. Jacobs, Esq.
**Weil Law Firm, P.A**.
Chase Bank Building
150 SE 2nd  Avenue, Suite 904
Miami, FL, 33131
T:305-372-5352| F:305-372-5355|
E-Mail: ljacobs@weillawfirm.net

Website: https://www.weillawfirm.net