REYNEL SUAREZ,

      Plaintiff,

  vs.

STEEL X HOMES, LLC;
RICHARD RIVERA; CATALINA
REBOLLEDO; HALLMARK
HOME MORTGAGE, LLC;
FAIRWAY INDEPENDENT
MORTGAGE CORP.;
ALEJANDRO MARRIAGA; KAYE
FLANAGAN; and PAAVO SALMI,

      Defendants.

Case No.
6:25-cv-2490-AGM-RMN

## ORDER

This matter is before the Court without oral argument on a review of the docket. Attorney Jennifer Ford filed an answer (Dkt. 195) on behalf of Steel X Homes, LLC and a Notice of Completion of Limited Appearance (Dkt. 196).

This Court's Local Rules do not authorize limited appearances of counsel. Local Rule 2.02(c) states that "[i]f a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." The notices of limited appearances filed by counsel are therefore unauthorized

and have no impact on her general appearance in this case. Having appeared, Ms. Ford is—and will remain—lead counsel for Steel X Homes, LLC until the Court orders otherwise.

Given the plain meaning of the Court's rules and the patent misinterpretation of those rules exhibited by Ms. Ford's filings, the Court deems it necessary to inquire why she should not be sanctioned for filing papers containing legal contentions that are unwarranted by existing law, contrary to the requirements of Federal Rule of Civil Procedure 11(b)(2).

Accordingly, it is **ORDERED**:

1. Dockets 195-1, 195-2, and 196 are **STRICKEN**; and

2. Jennifer Ford is **ORDERED TO SHOW CAUSE** as to why she should not be sanctioned for violating Local Rule 2.02(c). Ms. Ford shall respond to this Order in person in open court at a hearing set for July 9, 2026. She may, but is not required, to file a written response. Any written response to this order may be no longer than 5 pages in length and must be filed on or before Monday, July 6, 2026.

**DONE** and **ORDERED** in Orlando, Florida, on June 24, 2026.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

Richard Rivera
United States Post Office
9907 8th Street #845
Gotha, Florida 34734

Catalina Rebolledo
United States Post Office
9907 8th Street #845
Gotha, Florida 34734

Alejandro Marriaga
1802 N Alafaya Trail Suite 152
Orlando, Florida 32826