# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

REYNEL SUAREZ,

     Plaintiff,

  vs.

STEEL X HOMES, LLC;
RICHARD RIVERA; CATALINA
REBOLLEDOL; HALLMARK
HOME MORTGAGE, LLC;
FAIRWAY INDEPENDENT
MORTGAGE CORP;
ALEJANDRO MARRIAGA; KAYE
FLANAGAN; and PAAVO SALMI,

     Defendants.

Case No.
6:25-cv-2490-AGM-RMN

## <u>ORDER</u>

This matter is before the Court without oral argument on Plaintiff's Motion to Compel Alejandro Marriaga to Respond and Produce Discovery (Dkt. 141) and Plaintiff's Motion to Compel Defendant Hallmark Home Mortgage, LLC to Respond to Plaintiff's First Request for Production (Dkt. 179). For the reasons stated at the record at the hearing, Plaintiff's Motions are granted, and costs are awarded.

Accordingly, it is **ORDERED**:

1.      Plaintiff's Motion to Compel Alejandro Marriaga to Respond and Produce Discovery (Dkt. 141) is **GRANTED**;

      a.      Defendant shall provide all responsive documents, dated from January 1, 2020 to December 31, 2025, which are responsive to Request Nos. 2 and 3 before 5:00 p.m. on July 17, 2026;

      b.      All responsive documents to all other requests must be provided to Plaintiff on or before August 10, 2026; and

      c.      Plaintiff is awarded reasonable expenses incurred in bringing this Motion pursuant to Federal Rule of Civil Procedure 37(a)(5)(A);

2.      Plaintiff's Motion to Compel Defendant Hallmark Home Mortgage, LLC to Respond to Plaintiff's First Request for Production (Dkt. 179) is **GRANTED**;

      a.      Defendant shall provide all responsive documents relating to the asset sales requests on or before August 10, 2026;

      b.      For documents responsive to all other requests, Defendant shall produce an initial production consisting of no less than 5,000 documents before 5:00 p.m. on July 17, 2026;

      c.      All responsive documents shall be provided to Plaintiff on or before August 10, 2026, which shall also be the deadline for the production of all final privilege logs related to the subject requests; and

d. Plaintiff is awarded reasonable expenses incurred in bringing this Motion pursuant to Federal Rule of Civil Procedure 37(a)(5)(A).

**DONE** and **ORDERED** in Orlando, Florida, on July 9, 2026.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:

Counsel of Record

Richard Rivera
United States Post Office
9907 8th Street #845
Gotha, Florida 34734

Catalina Rebolledo
United States Post Office
9907 8th Street #845
Gotha, Florida 34734

Alejandro Marriaga
1802 N Alafaya Trail Suite 152
Orlando, Florida 32826