FROM:

Richard Rivera
Pravo Salmi
Case No
6-25-CV-02490-RBDRMN

Retail



RDC 99    32801

U.S. POSTAGE PAID
FCM LG ENV
ORLANDO, FL 32819
JUL 07, 2026

$4.74

S2324D502252-9

TO:

Us District Court - Clerk of Court
Middle District Court of Florida
ORLANDO Division
401 W Central Blvd Suite 1200
ORLANDO, Fl 32801

**Utility Mailer**
**10 1/2" x 16"**

ReadyPost

93300007
Utility Mailer
10" x 14" (usable inside dimension)

**Utility Mailer**



UNITED STATES
POSTAL SERVICE ®

0 15645 97296 4
Product Code 93300007 · August 2025
www.usps.com
AIC-093
A product of the United States Postal Service ®